**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Sungsoo Park,

           Plaintiff,

-against-

American Coradius International, LLC,

           Defendant.

Docket No: 2:18-cv-01535-JMA-ARL

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: July 13, 2018

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** | **BARSHAY SANDERS, PLLC** |
| By: /s Aaron Easley | By: /s David M. Barshay |
| Aaron Easley, Esq. | David M. Barshay |
| 3 Cross Creek Drive | 100 Garden City Plaza, Suite 500 |
| Flemington, New Jersey 08822 | Garden City, New York 11530 |
| Tel: (908) 237-1660 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 114586 |
| | *Attorneys for Plaintiff* |